DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JEREMY CRAYTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1568

_____

June 12, 2026

Appeal from the Circuit Court for Pasco County; Joshua B. Riba, Judge.

Blair Allen, Public Defender, and Matthew J. Salvia, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

MORRIS, SMITH, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.